UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE H. RELLES,<br>    Petitioner<br>    v.<br>SCOTT M. KERNAN, Warden,<br>    Respondent. | Case No. 2:18-cv-06944-GW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 19, "Report"]. The time for filing Objections to the Report, as extended, has passed, and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: August 17, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE