UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE H. RELLES,<br><br>Petitioner<br><br>v.<br><br>SCOTT M. KERNAN, Warden,<br><br>Respondent. | Case No. 2:18-cv-06944-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 17, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE